944

No. 95–392. GARFIELD ET AL. *v.* J. C. NICHOLS REAL ESTATE ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–395. CLAPP *v.* LEBOEUF, LAMB, LEIBY & MACRAE ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–396. JIMINEZ *v.* MARY WASHINGTON COLLEGE ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–399. TREECE *v.* FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 95–402. G. K. A. BEVERAGE CORP. ET AL. *v.* HONICKMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–403. SOUTHWEST MARINE, INC. *v.* GIZONI; and SOUTHWEST MARINE, INC. *v.* GIZONI ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–404. SEBULSKY *v.* RICHARDSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–405. CARROLL ET AL. *v.* LORSON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–407. MARTEL *v.* COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–408. MANSOUR *v.* GOLDSTOCK ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–411. FLINN *v.* AMERICAN HOME ASSURANCE CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–413. ALABAMA *v.* TUCKER. Sup. Ct. Ala. Certiorari denied.

No. 95–444. ASKIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–451. SCHULZ ET AL. *v.* NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.